*Merrick* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Herman Marcuse* for Britton, respondent.

No. 606. VON HARDENBERG ET AL. *v.* MCGRATH, ATTORNEY GENERAL. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Roland Towle* for petitioners. *Solicitor General Perlman, Assistant Attorney General Baynton, Herman Smith, James D. Hill* and *George B. Searls* for respondent.

No. 143. SUTTON *v.* LEIB, 342 U. S. 402;

No. 317. DAY-BRITE LIGHTING, INC. *v.* MISSOURI, 342 U. S. 421;

No. 349. FIRST NATIONAL BANK OF CHICAGO, EXECUTOR, *v.* UNITED AIR LINES, INC., 342 U. S. 396;

No. 514. LEISHMAN *v.* GENERAL MOTORS CORP., 342 U. S. 943;

No. 515. WYCHE ET AL. *v.* UNITED STATES, 342 U. S. 943;

No. 520. CENTRAL RAILROAD CO. OF NEW JERSEY *v.* DIRECTOR, DIVISION OF TAX APPEALS OF THE DEPARTMENT OF THE TREASURY, 342 U. S. 936;

No. 523. ILLINOIS EX REL. LOUGHRY *v.* BOARD OF EDUCATION OF CHICAGO, 342 U. S. 944;

No. 540. COX *v.* PETERS ET AL., 342 U. S. 936;

No. 544. RICHARDS *v.* UNITED STATES, 342 U. S. 946; and

No. 287, Misc. MULKEY *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, 342 U. S. 949. Petitions for rehearing denied.